**Order entered January 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01278-CV

### FREDERICK BROWN, Appellant

### V.

### NATIONSTAR MORTGAGE, LLC, ET AL., Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-03045-D**

## ORDER

We **DENY** appellant's January 16, 2015 amended motion to quash the reporter's record.

We **DENY** appellant's January 16, 2015 amended motion for sanctions.

/s/    ELIZABETH LANG-MIERS
       JUSTICE